Cornelius Gallagher, Respondent, *v.* Edward S. Perot et al., Appellants.

*Appeal — motion to dismiss appeal from order affirming interlocutory judgment granted — motion to dismiss appeal from final judgment on ground that exceptions were frivolous denied.*

Reported below, 192 App. Div. 884; 200 App. Div. 867.
(Argued April 17, 1922; decided April 25, 1922.)

Motion to dismiss appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 7, 1920, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term; also motion to dismiss an appeal from a final judgment, entered January 14, 1922, upon the interlocutory judgment above referred to.

The motion to dismiss the appeal from the order affirming interlocutory judgment was made upon the ground that the same was unauthorized. The motion to dismiss the appeal from the final judgment was made upon the ground that the exceptions were frivolous and the appeal taken solely for the purpose of delay.

　*Pierre M. Brown* for motion.

　*Selden Bacon* and *Clarence Galston* opposed.

Motion to dismiss separate appeal from interlocutory judgment granted, without costs, on the ground such

appeal is unnecessary, as said judgment may be reviewed on appeal from final judgment. Motion to dismiss appeal from final judgment denied, without costs.